Certificate Number: 14912-ILN-DE-038799391

Bankruptcy Case Number: 20-09826



14912-ILN-DE-038799391

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on August 24, 2024, at 11:57 o'clock AM EDT, Casey Womble completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   August 24, 2024

By:   /s/Jai Bhatt

Name:   Jai Bhatt

Title:   Counselor